IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00503-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MARKEITH JEROME CANDLER,

    Defendant.

_____

**MINUTE ORDER**
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the trial set to begin **February 8, 2010** is VACATED.

    DATED February 3, 2010