IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00503-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MARKEITH JEROME CANDLER,

      Defendant.
_____

### MINUTE ORDER SETTING CHANGE OF PLEA HEARING
_____

**Entered by Judge Philip A. Brimmer**

      This matter is before the Court on the government's Unopposed Motion to Continue Change of Plea Hearing [Docket No. 41].  It is

      ORDERED that the motion [Docket No. 41] is granted.  The Change of Plea hearing previously set for **February 26, 2010 at 9:00 a.m.** is VACATED.  Counsel shall jointly contact Chambers via conference call (303-335-2794) no later than **March 2, 2010** to reschedule the change of plea hearing.

      DATED February 24, 2010.