IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00503-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. MARKEITH JEROME CANDLER,

 Defendant.
_____

## MINUTE ORDER
_____
**Entered by Judge Philip A. Brimmer**

 It is ORDERED the Change of Plea hearing for defendant Markeith Jerome Candler is set for **March 4, 2010 at 11:15 a.m.** in Courtroom A701 before Judge Philip A. Brimmer.

 DATED March 2, 2010.