IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00503-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARKEITH JEROME CANDLER,

    Defendant.
_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that a sentencing hearing is scheduled for **July 22, 2010 at 9:30 a.m.** in Courtroom A 701.

    DATED July 13, 2010.